E. P. DUNCAN, as Liquidator of Bank of Coral Gables, *Appellant,* v. ROGER EDWARD DAVIS, *Appellee.*

147 So. 690.
Opinion filed April 7, 1933
Re-hearing denied May 5, 1933

*Stapp, Gourley, Vining & Ward,* for Appellant;

*Ray M. Watson,* for Appellee.

PER CURIAM.—Appellee filed Bill in equity to have a certain sum of money which one Kenyon had paid to the Bank of Coral Gables for that Bank's Cashier's Check payable to a third person, and which check had been endorsed and assigned to appellee, the complainant below, decreed to be a preferred claim.

The final decree was in favor of complainant granting the relief prayed. Defendant Liquidator appealed.

The decree should be reversed on authority of the opinion and judgment in the case of Amos, Comptroller, *et al.,* v. Baird, *et al.,* 96 Fla. 181, 117 Sou. 789, and cases there cited. It is so ordered.

Reversed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN and BUFORD, J. J., concur.